RECEIVED
NOV 27 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| D'ANGELO LEE, Plaintiff | CIVIL ACTION NO. 1:18-CV-1018-P |
| VERSUS | JUDGE DEE D. DRELL |
| USA, Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's complaint is DISMISSED without prejudice for lack of jurisdiction.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 26TH day of November, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE